134 A.3d 1045

**Mark A. BROWN, Petitioner,**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.**

**No. 29 EM 2016.**

Supreme Court of Pennsylvania.

April 15, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus, are **GRANTED.**

The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.